IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| HOLT MARINE TERMINAL, INC., et al. | : : | NO. 02-7825 |

## ORDER

AND NOW, this 24th day of March, 2011, upon consideration of the Motion for Summary Judgment of defendants Broad and Washington Corporation, Delaware Avenue Enterprises, Inc., Gloucester Marine Terminal, Inc., Express Equipment Rental Co., OAE, Inc., Portside Refrigerated Services, Inc., The Tanglefoot Corporation, Essex Enterprises, Inc., SLS Services, Inc., Holt Oversight & Logistical Technologies, Inc., Thomas Holt, Jr., Leo Holt and Michael Holt (Docket No. 135); the opposition, reply, and supplemental briefs thereto; and after oral argument held on December 13, 2007, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED. Judgment is hereby ENTERED for the above-named defendants and against the plaintiffs. IT IS FURTHER ORDERED that the above-named defendants' Motion to Preclude Expert Testimony of Louis R. Pichini (Docket No. 136) is DENIED AS MOOT.

BY THE COURT:

MARY A. McLAUGHLIN, J.