IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO, et al. | : | CIVIL ACTION |
| v. | : | |
| HOLT MARINE TERMINAL, INC., et al. | : | NO. 02-7825 |

ORDER

AND NOW, this 14th day of April, 2011, upon consideration of the plaintiffs' Renewed Motion for Summary Judgment against defendants Orchard Hill Development Corporation and Thomas Holt, Sr. (Docket No. 139), the Motion for Summary Judgment of defendants Thomas Holt, Sr., and Orchard Hill Development Corporation (Docket No. 138), the opposition, replies, and supplemental briefing thereto, and following oral argument held on December 13, 2007, IT IS HEREBY ORDERED, for the reasons stated in a Memorandum of Law bearing today's date, that:

1. The plaintiffs' Renewed Motion for Summary Judgment is DENIED.

2. The Motion for Summary Judgment of defendants Orchard Hill Development Corporation and Thomas Holt, Sr. is GRANTED IN PART and DENIED IN PART. The motion is GRANTED with respect to the plaintiffs' alter ego claim against Orchard Hill, and the plaintiffs' veil piercing claim involving NPR and the Holt Group. The motion is DENIED in all other respects.

3. On or before April 29, 2011, the parties shall confer with one another and inform the Court by letter how they wish to proceed.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.